**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells **Court Reporter:** Alcaraz
**Interpreter:**
**Date:** 09/15/2026 **Court Time:** 1:37 - 2:02

**CR. No. 4:26-cr-33** **Deft No. 1**

| | | |
|---|---|---|
| **United States of America** | § | **AUSA:** Luis Batarse |
| | § | |
| **Vs.** | § | |
| | § | |
| Kane James Kellum | § | **Defense Counsel:** Heather Hughes |

**ARRAIGNMENT/RE-ARRAIGNMENT**

☐ Arraignment ☒ Re-arraignment Held on cts: 1-4
☒ Indictment ☐ Information ☐ Indictment Waived
☒ Plea Entered:
☒ Guilty ☐ Not Guilty ☐ Nolo
☐ Plea Agreement: None
☐ 11(c)(1)(A) ☐ 11(c)(1)(B) ☐ 11(c)(1)(C)
☒ Order for PSI, Disclosure, and Sentencing dates entered
☐ PSI waived
☒ Sentencing set Date: December 10, 2026 Time: 1:45 pm
☐ Jury trial set Date: Time:
☐ Bond ☐ Continued ☐ Withdrawn ☐ Set:
☒ Defendant remanded to custody
☒ Terminate other settings for defendant
☒ Terminate motions for defendant

Other:

| |
|---|
| |
| |
| |
| |
| |
| |