United States Courts
Southern District of Texas
FILED
*September 15, 2026*
Nathan Ochsner, Clerk of Court

# SENTENCE DATA SHEET

**CRIMINAL NO.:** 4:26-CR-33

**DEFENDANT:** Kane James Kellum

**DEFENDANT'S IMMIGRATION STATUS:** U.S.

**GUILTY PLEA**: Counts One, Two, Three and Four

**SUBSTANCE OF PLEA AGREEMENT:** Not Applicable

**ELEMENTS:**

**COUNT ONE:** **Sexual Exploitation of Children** – 18 U.S.C. § 2251(a)

1. That the defendant employed, used, persuaded, induced, enticed or coerced a minor to engage in sexually explicit conduct or attempted to do so;

2. That the defendant knowingly did this for the purpose of producing a visual depiction; and,

3. that the visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**COUNT TWO:** **Obscene Visual Representations of the Sexual Abuse of Children** – 18 U.S.C. § 1466(a)(1)

1. The defendant knowingly produced, distributed, received, or possessed with intent to distribute a visual depiction of

any kind;

2. The visual depiction depicts a minor engaging in sexually explicit conduct;

3. The defendant knew the visual depiction was of a minor;

4. The visual depiction is obscene;

5. The defendant knew at the time of production, distribution, receipt, or possession that the contents of the visual depiction were of a sexually oriented nature; and,

6. The visual depiction had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or was produced using materials that have been mailed, or that have been shipped or transported in interstate or foreign commerce by any means, including by computer.

**COUNT THREE:** **Receipt of Child Pornography** – 18 U.S.C. § 2252A(a)(2)(B)

1. That the defendant knowingly received material that contained child pornography;

2. The material containing child pornography was transported in or affecting interstate or foreign commerce by any means, including by computer; and,

3. That when the defendant received the material, he knew it contained child pornography.

**COUNT FOUR:** **Possession of Child Pornography** – 18 U.S.C. § 2252A(a)(5)(B)

1. That the defendant knowingly possessed materials containing images of child pornography; and

2a. The materials containing child pornography had been shipped or transported using any means or facility of interstate or foreign commerce, by any means, including by computer, or

2b. The materials were produced using materials that had been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including computer; and,

3. That when the defendant possessed the material, the defendant knew the material was or contained child pornography.

**PENALTIES:**

**COUNT ONE:** 18 U.S.C. 2251(a) – Sexual Exploitation of Children
15-30 years in prison, up to $250,000 fine.

**COUNT TWO:** 18 U.S.C. 1466(a)(1) – Obscene Visual Representations of the Sexual Abuse of Children
5-20 years in prison, up to $250,000 fine.

**COUNT THREE:** 18 U.S.C. 2252A(a)(2)(B) – Receipt of child pornography
5-20 years in prison, up to $250,000 fine.

**COUNT FOUR:** 18 U.S.C. 2252A(a)(5)(B) – Possession of Child Pornography
Up to 10 years in prison, up to $250,000 fine.

**SUPERVISED RELEASE:** At least 5 years up to any term of years or Life.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:** Not Applicable.

**SENTENCING GUIDELINES:** Applicable.

**RESTITUTION:** Applicable; mandatory restitution of at least $3,000 per victim.

**SEX OFFENDER REGISTRATION:** Applicable.

**FORFEITURE:** Applicable.

**SPECIAL ASSESSMENT:** $100 special assessment per count of conviction; a $5,000 special assessment under the Justice for Victims Trafficking Act of 2015; up to $17,000 special assessment under the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 under Counts Two and Four, up to $35,000 special assessment under the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 under Count Three, and up to $50,000 special assessment under the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 under Count One.

**ATTACHMENT:** Factual Basis for Guilty Plea